**1232**

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMEN-TAL RESOURCES, Appellee

v.

John BRYNER, Sr., John Bryner, Jr., Pringle Powder Company, American Glycerin Co., Inc. and Minard Run Oil Company, Appellants.

Supreme Court of Pennsylvania.

Dec. 27, 1994.

### ORDER

PER CURIAM.

Affirmed.

Justice MONTEMURO is sitting by designation.

COMMONWEALTH of Pennsylvania, Respondent

v.

Phillip WYNN, Petitioner.

Supreme Court of Pennsylvania.

May 4, 2001.

### ORDER

PER CURIAM:

AND NOW, this 4th day of May, 2001, the Petition for Allowance of Appeal is GRANTED, limited to considering the issue of whether a constitutional challenge to a sentencing statute implicates the legality of a sentence.

The Petition for Summary Remand for Re Sentencing is DENIED.